IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES SILAS,

   Petitioner,      No. 2:13-cv-0010 GGH P

 vs.

KEVIN CHAPPELL,

   Respondent.     ORDER

_____/

   Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   The petition challenges conditions of confinement rather than the constitutionality of his conviction or particulars affecting its duration. Therefore, the petition is construed as a civil rights complaint under 42 U.S.C. §1983.

   Accordingly, IT IS HEREBY ORDERED that: The Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be

\\\\\
\\\\\
\\\\\
\\\\\

1

1  appropriate or required, and make the appropriate adjustment in the assignment of civil cases to
2  compensate for this reassignment.
3  DATED: January 30, 2013

                         /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE

6  GGH:076/sila0010.100.ifp.wpd